PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE RENEE ILEY, | ) | |
| | ) | CASE NO.  1:25-CV-1381 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| | ) | **ORDER** |
| Defendant. | ) | [Regarding ECF No. 15] |

On July 10, 2026, the assigned magistrate judge issued a Report and Recommendation (ECF No. 15) recommending that the Court affirm the Commissioner's final decision denying Plaintiff's Disability Insurance Benefits and Supplemental Security Income.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service.

In the instant case, objections to the Report and Recommendation were due by July 24, 2026. Neither party has filed objections, nor requested an extension of time to do so. Any further review by the Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

(1:25CV1381)

Accordingly, the Court adopts the Report and Recommendation (ECF No. 15).


IT IS SO ORDERED.


July 27, 2026                                                          /s/ Benita Y. Pearson
Date                                                                    Benita Y. Pearson
                                                                        United States District Judge

2